IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES D. LACY                                                                                   PLAINTIFF

v.                                   Civil No.: 2:17-CV-02230

SHERIFF ROB BROWN, CAPTAIN                                                          DEFENDANTS
TERROCCA and V. CUPP (All of Crawford
County Detention Center)

## JUDGMENT

For the reasons stated in the Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 19th day of December 2018.

*/s/ P. K. Holmes, III*
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE